[No. 49217-9-I. Division One. June 17, 2002.]

CRYSTAL MCCREARY, *Appellant*, v. DORON S. KANTOR, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-02930-2, George N. Bowden, J., entered August 22, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 49333-7-I. Division One. June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE EAGLE MAKINAW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00554-0, Joseph A. Thibodeau, J., entered September 20, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49410-4-I. Division One. June 17, 2002.]

JADE WILKINSON, *Appellant*, v. ARKADIY VOLINSKIY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-50371-6, Suzanne M. Barnett, J., entered September 26, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49551-8-I. Division One. June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTJUAN ODEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03080-7, Ronald Kessler, J., entered June 1, 2001. *Reversed with instructions* by unpublished per curiam opinion.